LaSalle Extension University, Appellant, *v.* Joseph Pappace, Respondent.

Supreme Court, Appellate Term, First Department, June 21, 1934.

*Reuben S. Levins,* for the appellant.

*Fred Goldman,* for the respondent.

Per Curiam. Once a case has been settled pursuant to stipulation it is finally terminated and may not be set down for trial on motion. The defendant, respondent's remedy is not a motion to set aside the judgment entered pursuant to such settlement.

He may bring suit for breach of the terms of such stipulation. (*Naegeli Furniture Co.* v. *Holstein,* 175 N. Y. Supp. 779, and cases cited therein.)

Order reversed, with ten dollars costs, and motion denied.

All concur; present, CALLAHAN, FRANKENTHALER and SHIEN-TAG, JJ.